**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN DEFENSE OF ANIMALS and FRIENDS OF THE EARTH, on behalf of the general public,<br><br>        Plaintiffs,<br><br>vs.<br><br>SANDERSON FARMS, INC.,<br><br>        Defendant. | CASE NO. 3:20-CV-05293 (RS)<br><br>**ORDER ON PRELIMINARY SCHEDULE** |

Pursuant to the stipulation by the parties, the Court orders:

1. The parties will submit a Case Management Statement on **September 24, 2020** and will participate in the Case Management Conference scheduled for **October 1, 2020**.

2. The parties will meet and confer on **November 13, 2020** regarding: (a) whether a full stay of this case is warranted pending the Ninth Circuit's resolution of the appeal in *Friends of the Earth*; and/or (b) a schedule for the filing of Sanderson's responsive in pleading in this case; and (c) timing, scope and limits of discovery.

3. If the parties are unable to reach agreement regarding a stay, Sanderson will file any stay motion by **November 20, 2020**.

4. The deadline for the filing of Sanderson's responsive pleading is hereby postponed until the later of **December 3, 2020** or **14 days after the denial of any stay request** (if one is filed).

5. The parties will file an additional Joint Case Management Statement on or before **November 20, 2020** following their November 13, 2020 meet-and-confer, and if necessary, request a further Case Management Conference with the Court.

6. The parties will not pursue discovery or undertake any other activities in this case until the filing of that Joint Case Management Statement on **November 20, 2020**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated this __24th__ day of September 2020.

_____
RICHARD SEEBORG
United States District Judge