# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

IN DEFENSE OF ANIMALS and FRIENDS OF THE EARTH,

    Plaintiffs,

vs.

SANDERSON FARMS, INC.,

    Defendant.

CASE NO. 3:20-CV-05293 (RS)

**ORDER SETTING SCHEDULE FOR AN AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING AS MODIFIED BY THE COURT**

Pursuant to the stipulation by the parties, the Court orders:

1. The briefing schedule and hearing date for Plaintiffs' Amended Complaint and Sanderson's anticipated Motion to Dismiss, if any, shall be as follows:

| | |
|---|---|
| Plaintiffs' Amended Complaint | Wednesday, May 26, 2021 |
| Sanderson's Motion to Dismiss | Friday, June 25, 2021 |
| Plaintiffs' Opposition | Friday, July 23, 2021 |
| Sanderson's Reply | Friday, August 6, 2021 |
| Hearing | Thursday, September 9, 2021 at 1:30 PM PT |

2. In the event Sanderson declines to move to dismiss the forthcoming Amended Complaint, it will file its Answer on or before the deadline for its Motion to Dismiss as set forth above.

3. A Further Case Management Conference will be held on Thursday, September 16, 2021. All parties shall attend by videoconference using log-in instructions the Court will provide in advance. Joint Case Management Statement due by September 9, 2021.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated this <u>17th</u> day of May 2021.

_____
RICHARD SEEBORG
Chief United States District Judge